IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | |
| ) | |
| MASSACHUSETTS BAY ) | |
| TRANSPORTATION AUTHORITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF LODGING OF CONSENT DECREE

The plaintiff United States of America ("United States") hereby notifies the Court that it is filing a complaint in the above-captioned action, and simultaneously, lodging a Consent Decree that resolves the action. The proposed Consent Decree resolves the United States' claims against the defendant Massachusetts Bay Transportation Authority ("MBTA") for violations of the Clean Water Act, 33 U.S.C. § 1251, et seq., ("CWA") and Clean Air Act ("CAA") 42 U.S.C. § 7412, at several facilities owned and operated by the Defendant.

The Consent Decree requires MBTA to pay a civil penalty of $328,274, and requires MBTA to achieve compliance with applicable provisions of the CWA and CAA. The decree also requires MBTA to expend at least $1,000,000 on a supplemental environmental project and undertake an environmental management systems audit.

At this time the Court should not take any action with respect to the Decree. The United States will publish a notice of lodging of the Decree in the Federal Register and provide a 30-day public comment period. After the close of the public comment period, the United States will file

a motion seeking entry of the Consent Decree unless comments have been filed with the Department of Justice demonstrating that the Decree is inappropriate, improper, or inadequate.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By: _____
        MICHAEL SADY
        Assistant U.S. Attorney
        John Joseph Moakley U.S. Courthouse
        Suite 9200, 1 Courthouse Way
        Boston, MA 02210
        (617) 748-3100

OF COUNSEL:
CATHERINE S. SMITH
Senior Enforcement Counsel
US. Environmental Protection Agency
One Congress Street
Boston, MA 02114
(617) 918-1777

Dated: March 9, 2004