UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action 04-10481-MEL<br>)<br>)<br>)<br>)<br>)<br>) |

### (ASSENTED TO) MOTION TO ENTER CONSENT DECREE

The United States of America hereby moves this Court to enter the Consent Decree that was lodged on March 10, 2004. The United States relies on its accompanying Memorandum in Support thereof.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Dated: 5/26/04     By:     /s/ Michael Sady
MICHAEL SADY
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA 02210
(617) 748-3100

OF COUNSEL:
CATHERINE S. SMITH
Senior Enforcement Counsel
US. Environmental Protection Agency
One Congress Street
Boston, MA  02114
(617) 918-1777

LOCAL RULE 7.1 CERTIFICATION

      The undersigned counsel hereby certifies that he has conferred with defendant's counsel who assents to this motion.

                                            /s/ Michael Sady
                                            Michael Sady

## CERTIFICATE OF SERVICE

      I certify that on, I caused a copy of the foregoing Motion to be served on March 30, 2004 by first class mail, postage pre-paid to Petitioner's counsel of record David J. Apfel, Goodwin Proctor, LLP., Exchange Place, Boston, MA 02109.

                                            /s/ Michael Sady
                                            Michael Sady
                                            Assistant U.S. Attorney