

U.S. Department of Justice

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

November 18, 2005

Mr. George Howarth, Courtroom Clerk
To The Honorable Morris E. Lasker
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   U.S. v. MBTA C.A. No. 04-10481-MEL

Dear Mr. Howarth:

    With regard to the above-referenced matter, enclosed please find an assented to minor modification to the Consent Decree.

    Kindly file and docket same.

                                      Very truly yours,

                                      Michael P. Sady
                                      Assistant U.S. Attorney

Enclosure

The MBTA and the EPA hereby agree to make the following minor modifications to United States v. Massachusetts Bay Transportation Authority; United States District Court Civil Action No. 04-CV-10481-MEL, Appendix E, Scope of Work, Supplemental Environmental Project, Mystic River Path Extension:

1. Section B, SEP Deadlines, is hereby deleted and replaced with the following revised Section B:

The following table describes the deadlines for completing the SEP.

| Date | Action Required | Responsible Party | Whether Stipulated Penalties Apply |
|---|---|---|---|
| December 31, 2006 | Determine whether the land transfer shall be in fee simple or through a conservation easement and whether the grantee(s) shall be the Cities of Somerville and Boston or the Massachusetts Department of Conservation and Recreation | MBTA | No |
| January 31, 2007 | Submit to EPA a survey indicating the boundaries of the land that will be donated or placed under a conservation easement ("the property") | MBTA | No |
| February 28, 2007 | Submit a draft conservation easement or property transfer agreement to EPA. | MBTA | Yes |
| March 31, 2007 | EPA shall comment on the draft conservation easement or property transfer agreement, if EPA chooses to comment at all. | EPA | No |
| August 31, 2007 | Property transfer/placement of easement must be complete. | MBTA | Yes |
| No later than when construction of the path is about to begin, unless the parties agree on a different date | Remove fence. At this point, the SEP shall be complete. | MBTA | Yes |
| 18 months after SEP completion | Submit the SEP Completion Report (see Section D below for details) | MBTA | Yes |
| No deadline | EPA responds to SEP Completion Report in accordance with paragraph 16 of the Consent Decree | EPA | No |
| On November 1 and May 1 of every year until the SEP is complete | Submit progress reports (see Section D below for details) | MBTA | Yes |

2. Section C, Alternative SEP, is hereby revised by deleting the first sentence of paragraph 2 and replacing it with the following sentence:

"2. MBTA shall notify EPA in writing by December 29, 2006 if it opts to perform the alternative SEP."

For the Environmental Protection Agency:  
Stephen Perkins  
Dated: 11/08/05

For the Massachusetts Bay Transportation Authority:  
Janis O. Kearney  
Dated: 10/31/05